ert, it is clear that the exclusion of these petitions was, in his suit, proper.

### Conclusion.

The result is that the judgment in the suit by John H. Larkin as guardian of Robert Larkin is affirmed and the judgment in the suit by John H. Larkin is reversed and the case remanded for a new trial.

WOODROUGH, Circuit Judge (concurring in part).

I concur in the conclusion of the opinion prepared by Judge STONE that the judgment in favor of John H. Larkin should be reversed for the prejudicial error pointed out, but I have been unable to find in the record any credible or substantial evidence to sustain a verdict in favor of the plaintiff in either case. I think the motions to direct verdicts for defendants should have been sustained in both cases.

PER CURIAM.

This application should be addressed to the District Court. Smith v. Johnston, 9 Cir., 109 F.2d 152, filed January 15, 1940. The application does not show that an appeal has been taken, and it is apparently advanced in ignorance of the proposition that appeals in habeas corpus may now be taken by giving and filing notice of appeal in the District Court.

Application denied.

## JARKA CORPORATION v. REDERII.
### No. 3443.

Circuit Court of Appeals, First Circuit.

Feb. 7, 1940.

## WALEY v. JOHNSTON, Warden.

Circuit Court of Appeals, Ninth Circuit.

March 4, 1940.

Harmon Metz Waley, in pro. per.

No other appearances.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

Forrest E. Richardson and Robinson & Richardson, all of Portland, Me., for appellant-respondent.

Nathan W. Thompson, of Portland, Me., for appellee-libellant.

Before WILSON and MAGRUDER, Circuit Judges, and FORD, District Judge.